IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KEITH SCHMITT and EILEEN SCHMITT,

        Plaintiffs,

   v.

GINA FARRUGGIO, VINCENT HAMMOND,
SHANE VANDERMARK, STEVEN J. MEYERS,
GLENN FORSYTH, HENRY PASQUALINI,
NEWTOWN TOWNSHIP, JULIUS FERRARO,
and ROBERT MATTHEWS,

        Defendants.

CIVIL ACTION
NO. 13-2007

## ORDER

**AND NOW**, this 13th day of August, 2014, upon consideration of the Motions to Dismiss (Docket #34 and #35) and all supporting and opposing papers, it is hereby

**ORDERED** that both Motions are **DENIED** as to all counts.[1]

BY THE COURT:

**/s/ Jeffrey L. Schmehl**
Jeffrey L. Schmehl, J.

---

[1] Count V, the equal protection claim, is limited as discussed in the accompanying memorandum opinion.